FILED
JAN 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY M DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Eloisa Lizeth AGUILAR-Buruel, Defendant. | Magistrate Case No.: '08 MJ 8029 COMPLAINT FOR VIOLATION OF 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about January 17, 2008, within the Southern District of California, defendant Eloisa Lizeth AGUILAR-Buruel did knowingly and intentionally import approximately 53.80 kilograms (118.36 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Renato Gates
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 18TH DAY OF JANUARY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Eloisa Lizeth AGUILAR-Buruel

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Renato Gates.

On January 17, 2008, at approximately 2000 hours, Eloisa Lizeth AGUILAR-Buruel entered the United States at the Calexico, CA, East Port of Entry. ALVAREZ was the driver of a 1994 Ford Tempo and accompanied by her minor daughter.

At primary inspection, AGUILAR-Buruel gave a negative Customs declaration to Customs and Border Protection Primary Officer (CBPO) C. Gipson. CBPO C. Gipson directed AGUILAR-Buruel and her vehicle to the vehicle secondary lot to get screened during an enforcement operation.

In the vehicle secondary lot, Canine Enforcement Officer (CEO) M. McGee utilized his Human and Narcotic Detector Dog (HNDD), which alerted and responded to the passenger door by sitting.

Secondary lot CBPO S. Beltran received a negative Customs declaration from AGUILAR-Buruel. During questioning, AGUILAR-Buruel advised CBPO S. Beltran the vehicle belongs to her husband and was on her way to Wal-Mart in Calexico. A subsequent inspection of the vehicle revealed fourteen (14) packages, which were discovered concealed within the dashboard, rear seat, passenger front seat and the rear passenger door. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 14 packages had a combined net weight of approximately 53.80 kilograms (118.36 pounds) of marijuana.

AGUILAR-Buruel was arrested for importation of marijuana into the United States. AGUILAR-Buruel was advised of her rights per Miranda. AGUILAR-Buruel stated she understood her rights and was willing to answer questions without the presence of an attorney. AGUILAR-Buruel stated the vehicle belongs to her boyfriend.

AGUILAR-Buruel suggested she was set up by her boyfriend and was unaware of the presence of narcotics in the vehicle. AGUILAR-Buruel claims to have dated her boyfriend for 1 year, but knows little about him such as; a home address, a work address, vehicles he may own. AGUILAR-Buruel provided one (1) contact phone number for her boyfriend and a general description of him.