FILED

08 JAN 30 PM 4:41

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ELOISA LIZETH AGUILAR-BURUEL, Defendant. | Criminal Case No. '08 CR 0250 WQH<br>**I N D I C T M E N T**<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |

The grand jury charges:

Count 1

On or about January 17, 2008, within the Southern District of California, defendant ELOISA LIZETH AGUILAR-BURUEL did knowingly and intentionally import 50 kilograms and more, to wit: approximately 53.80 kilograms (118.36 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

WMC:fer:Imperial
1/28/08

Count 2

On or about January 17, 2008, within the Southern District of California, defendant ELOISA LIZETH AGUILAR-BURUEL did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 53.80 kilograms (118.36 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: January 30, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
JEFFREY D. MOORE
Assistant U.S. Attorney