**VICTOR N. PIPPINS**
California State Bar No. 251953
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
victor_pippins@fd.org

Attorneys for Ms. Aguilar Buruel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELOISA AGUILAR-BURUEL,<br><br>Defendant. | Case No.: 08C50250-WQH<br><br>Date: March 10, 2008<br>Time: 2:00 p.m.<br><br>**NOTICE OF MOTIONS AND MOTIONS TO:**<br><br>**(1) DISMISS THE INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY;**<br>**(2) SUPPRESS STATEMENTS;**<br>**(3) PRESERVE AND INSPECT EVIDENCE;**<br>**(4) COMPEL DISCOVERY; AND**<br>**(5) GRANT LEAVE TO FILE FURTHER MOTIONS** |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
CHRISTOPHER M. ALEXANDER, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that, on March 10, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the accused, Eloisa Aguilar-Buruel, by and through her attorneys, Victor Pippins and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions outlined below.

//

//

//

//

**MOTIONS**

Defendant, Ms. Aguilar-Buruel, by and through her attorneys, Victor Pippins and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Dismiss the Indictment Due to Misinstruction of the Grand Jury;
(2) Suppress Statements;
(3) Preserve and Inspect Evidence;
(4) Compel Discovery; and
(5) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

DATED: February 15, 2008

*/s/ Victor N. Pippins*
**VICTOR N. PIPPINS**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Aguilar-Buruel
E-mail: victor_pippins@fd.org

**VICTOR N. PIPPINS**
California State Bar No. 251953
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Victor_Pippins@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ELOISA AGUILAR-BURUEL,<br>Defendant. | ) | Case No.: 08CR0250-WQH<br><br>**CERTIFICATE OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Christopher Michael Alexander**
Christopher.M.Alexander@usdoj.gov,maria.richardson@usdoj.gov,efile.dkt.gc1@usdoj.gov

Respectfully submitted,

DATED: February 15, 2008

*/s/ Victor N. Pippins*
**VICTOR N. PIPPINS**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant