KAREN P. HEWITT
United States Attorney
CHRISTOPHER M. ALEXANDER
Assistant U.S. Attorney
California Bar. No. 201352
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7425 /(619) 235-2757 (Fax)
Email: Christopher.M.Alexander@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELOISA LIZETH AGUILAR-BURUEL,<br><br>Defendant. | Criminal Case No. 08CR0250-WQH<br><br>HEARING DATE: March 10, 2008<br>TIME: 2:00 p.m.<br><br>APPLICATION FOR ORDER SHORTENING TIME AND ORDER THEREON |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Christopher M. Alexander, Assistant United States Attorney, and hereby moves this Court for an order shortening time in which to file the Government's Response and Opposition to Defendant's Motions to: Dismiss Due to Grand Jury Instructions, Suppress Statements, and Compel Discovery/Preserve Evidence Together With Statement of Facts and Memorandum of Points and Authorities.

The grounds for this application is confusion regarding motions filed and press of business.

DATED: March 4, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

*s/Christopher M. Alexander*
______________________________
CHRISTOPHER M. ALEXANADER
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Christopher.M.Alexander@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ELOISA LIZETH AGUILAR-BURUEL,<br>Defendant. | Criminal Case No. 08CR0250-WQH<br><br>ORDER |

Upon application of the United States and good cause appearing therefor,

IT HEREBY IS ORDERED that the United States may file its Response and Opposition to Defendant's Motions to: Dismiss Due to Grand Jury Instructions, Suppress Statements, and Compel Discovery/Preserve Evidence Together With Statement of Facts and Memorandum of Points and Authorities.

DATE: ___________________

**HONORABLE WILLIAM Q. HAYES**
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ELOISA LIZETH AGUILAR-BURUEL,<br>Defendant. | Criminal Case No. 08CR0250-WQH<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, CHRISTOPHER ALEXANDER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of United States' Application for Order Shortening Time and Order Thereon to file Response to Defendant's Motions, together with statement of facts, memorandum of points and authorities on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Victor Pippins, Esq.
   Atty for Defendant

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2008.

*s/Christopher M. Alexander*

CHRISTOPHER M. ALEXANDER