**VICTOR N. PIPPINS**
California Bar No. 251953
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 ext. 3737

Attorneys for Ms. Aguilar-Buruel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**ELOISA AGUILAR-BURUEL**,<br><br>Defendant. | Criminal No. 08CR0250-WQH<br><br>EX-PARTE APPLICATION FOR AN ORDER AUTHORIZING THE INSPECTION OF EVIDENCE SEIZED AND PRESERVATION OF ALL EVIDENCE SEIZED |

Ms. Aguilar-Buruel requests that the Court order the United States Customs and Border Protection agency to preserve the vehicle and all evidence seized in this case until the resolution of this case. Ms. Aguilar-Buruel further requests that the United States Customs and Border Protection agency be further ordered to permit the parties in this case to inspect all evidence, including the vehicle, seized in this case.

Respectfully submitted,

Dated: March 10, 2008

/s/ Victor N. Pippins
**VICTOR N. PIPPINS**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Aguilar-Buruel

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: March 10, 2008

*/s/ Victor N. Pippins*

Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Victor_Pippins@fd.org email