FILED
2008 MAR 11 AM 9:06
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ELOISA AGUILAR-BURUEL,<br><br>　　　　Defendant. | Criminal No. 08CR0250-WQH<br><br>ORDER AUTHORIZING THE INSPECTION OF EVIDENCE SEIZED AND PRESERVATION OF ALL EVIDENCE SEIZED |

　　　　Upon application of the defendant, Ms. Eloisa Aguilar-Buruel, and good cause appearing therefore,

　　　　IT IS HEREBY ORDERED that the United States Customs and Border Protection agency preserve the vehicle and all evidence, including personal property, seized in this case until the resolution of this case. The United States Customs and Border Protection agency is further ordered to permit the parties in this case to inspect all evidence seized in this case. Ms. Aguilar-Buruel further requests that the United States Customs Service be further ordered to permit the parties in this case to inspect and re-weigh all evidence of the contraband seized in this case.

DATED: 3/10/08

HON. WILLIAM Q. HAYES
United States District Judge

cc: United States Bureau of Customs and Border Protection

08CR0250-WQH