**VICTOR N. PIPPINS**
California State Bar No. 251953
**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Victor_Pippins@fd.org

Attorneys for Eloisa Aguilar-Buruel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE WILLIAM Q. HAYES**)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**ELOISA AGUILAR-BURUEL,**<br><br>Defendant. | Case No. 08cr0250-WQH<br><br>Date: April 21, 2008<br>Time: 2:00 p.m.<br><br>DEFENDANT'S NOTICE OF MOTIONS AND MOTIONS *IN LIMINE* TO:<br><br>(1) ADMIT TESTIMONY AND INVESTIGATIVE REPORTS MATERIAL TO DEFENSE OF THIRD-PARTY CULPABILITY;<br>(2) ADMIT EXCULPATORY STATEMENTS;<br>(3) PRECLUDE EXPERT TESTIMONY;<br>(4) PRECLUDE FRE 404(B) AND 609 EVIDENCE;<br>(5) EXCLUDE NARCOTICS FROM THE COURTROOM;<br>(6) PRECLUDE AGENTS FROM TESTIFYING ABOUT "TERRORISM;"<br>(7) COMPEL PRODUCTION OF GRAND JURY TRANSCRIPTS;<br>(8) ORDER PRODUCTION OF ANY SUPPLEMENTAL REPORTS;<br>(9) PROVIDE A SEPARATE COPY OF JURY INSTRUCTIONS TO EACH JUROR;<br>(10) ALLOW ATTORNEY-CONDUCTED VOIR DIRE; AND<br>(11) EXCLUDE THE INDICTMENT FROM THE JURY ROOM. |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
PETER MAZZA, ASSISTANT UNITED STATES ATTORNEY.

PLEASE TAKE NOTICE that on April 21, 2008 at 2:00 .m., or as soon thereafter as counsel may be heard, Ms. Aguilar-Buruel, by and through her attorneys, Victor N. Pippins and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions *in limine*.

**MOTIONS**

Ms. Aguilar-Buruel, by and through her attorneys, Victor N. Pippins and Federal Defenders of San Diego, Inc., moves this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1) admit testimony and investigative reports material to defense of third-party culpability;

(2) admit exculpatory statements;

(3) preclude expert testimony;

(4) preclude FRE 404(b) and 609 evidence;

(5) exclude narcotics from the courtroom;

(6) preclude agents from testifying about "terrorism;"

(7) compel production of grand jury transcripts;

(8) order production of any supplemental reports;

(9) provide a separate copy of jury instructions to each juror;

(10) allow attorney-conducted voir dire; and

(11) exclude the indictment from the jury room.

These motions are based upon the instant motions *in limine* and notice of motions *in limine*, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: April 7, 2008

*/s/ Victor N. Pippins*

VICTOR N. PIPPINS
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Aguilar-Buruel
Victor_Pippins@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Peter.Mazza@usdoj.gov; efile.dkt.gc1@usdoj.gov

Dated: April 7, 2008

*/s/ Victor N. Pippins*

VICTOR N. PIPPINS
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Victor_Pippins@fd.org